**Order entered February 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00293-CR
No. 05-16-00295-CR

**DAMON ERIC COPELAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-54401-M & F09-59137-M**

## ORDER

These appeals are set for submission February 7, 2017. After reviewing the clerk's records, we have determined that the clerk's record in appellate number 05-16-00293-CR (trial court cause number F09-54401-M) is missing the trial court's certification of appellant's right to appeal. We **ORDER** the district clerk to file, within **FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's certification of appellant's right to appeal in appellate number 05-16-00293-CR (trial court cause number F09-54401-M).

/s/    DAVID EVANS
PRESIDING JUSTICE